**Entered on Docket**
**September 08, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com.

Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-HE1
09-74147

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-51810-gwz |
| Martin O. Casarez and Carolyn J. Casarez | Date: _____<br>Time: _____ |
| | Chapter 7 |
| Debtor(s). | |

## ORDER DENYING MOTION FOR RELIEF

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Relief from the Automatic

2    Stay requested by Movant is hereby denied without prejudice.

3        DATED this _____ day of _____, 2009.

4

5

6    Submitted by:
     **WILDE & ASSOCIATES**

7    |S| **GREGORY L. WILDE**

8    _____
     **Gregory L. Wilde, Esq.**

9    Attorney for Secured Creditor
     208 South Jones Boulevard

10   Las Vegas, Nevada 89107

11   APPROVED / DISAPPROVED

12

13   _____
     **John S. Bartlett**
     777 East Williams Street #201

14   Carson City, NV 89701
     Attorney for Debtor(s)

15

16   APPROVED / DISAPPROVED

17   _____
     **Anabelle Savage**

18   P.O. Box 6179
     Reno, NV  89513

19   Chapter 7 Trustee

20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____    The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case

_x___    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any

unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has

approved or disapproved the order, or failed to respond, as indicated below (list each party and whether

the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or          _x___    failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    Opposition filed and withdrawn by Debtor's counsel

Trustee:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or          _x___    failed to respond to the document

Other Party:_____

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or          _____    failed to respond to the document

Submitted by:
 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor