WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

Electronically Filed on _____

**Attorney for Secured Creditor**
Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-HE1
09-74147

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | BK09-51810-gwz |
|---|---|
| | Chapter 7 |
| Martin O. Casarez and Carolyn J. Casarez | NOTICE OF ENTRY OF ORDER DENYING MOTION FOR RELIEF |
| Debtor(s). | HEARING DATE: 7/28/09<br>HEARING TIME: 10:00am |

PLEASE TAKE NOTICE that on the 8th day of September, 2009, ORDER DENYING MOTIONFOR RELIEF was entered by the court. Copy of said order is attached herewith.

DATED: _____

WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

**Entered on Docket**
**September 08, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

___

WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com.

Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-HE1
09-74147

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Martin O. Casarez and Carolyn J. Casarez<br><br><br>         Debtor(s). | BK-N-09-51810-gwz<br><br>Date: _____<br>Time: _____<br><br>Chapter 7 |

### ORDER DENYING MOTION FOR RELIEF

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Relief from the Automatic Stay requested by Movant is hereby denied without prejudice.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

/s/ GREGORY L. WILDE
_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
John S. Bartlett
777 East Williams Street #201
Carson City, NV 89701
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Anabelle Savage
P.O. Box 6179
Reno, NV 89513
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case

\_x\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

Submitted by:
/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor

1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
   208 South Jones Boulevard
3  Las Vegas, Nevada 89107
   Telephone: 702 258-8200
4  Fax: 702 258-8787
   bk@wildelaw.com,
5
6  Bank of America, National Association as successor by merger to LaSalle Bank National Association, as
   Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-
7  HE1
   09-74147
8
                        UNITED STATES BANKRUPTCY COURT
9
                               DISTRICT OF NEVADA
10

11 | In Re:                                    | BK-N-09-51810-gwz
12 |                                            |
   | Martin O. Casarez and Carolyn J. Casarez  | Date:  7/28/09
13 |                                            | Time: 10:00am
14 |                                            |
   |                                            | Chapter 7
15 |         Debtor(s).                         |

16                        **CERTIFICATE OF SERVICE**

17

18    1. On  9\21\09        I served the following documents(s):

19       NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY

20    2. I served the above-named document(s) by the following means to the persons as listed below:

21       X   **a. ECF System**

22           John S. Bartlett
             johnsbartlett@verizon.net
23           Attorney for Debtors

24
             Anabelle Savage
25           angiesavage@SBCglobal.net
             Trustee
26
         X   **b. United States mail, postage fully prepaid:**

John S. Bartlett
777 East Williams Street #201
Carson City, NV 89701
Attorney for Debtors

Martin O. Casarez and Carolyn J. Casarez
234 Ring Road
Dayton, NV 89403
Debtors

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐     1.     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐     2.     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error

was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : _____9/21/09_____

_____/mm/_____